EDMUND G. BROWN JR.
Attorney General of California
DON ROBINSON, State Bar No. 72402
Supervising Deputy Attorney General
KAVITA P. LESSER, State Bar No. 233655
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2603
Fax: (213) 897-2802
Donald.Robinson@doj.ca.gov
Kavita.Lesser@doj.ca.gov

*Attorneys for Plaintiff
State of California Department of Toxic Substances
Control*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, A State Agency, | SA<br>Case No.: CV 06-987 VBF (MLGx) |
|---|---|
| Plaintiff, | ~~STIPULATION FOR ENTRY OF~~ FINAL JUDGMENT AND ORDER FOR ENVIRONMENTAL COST RECOVERY |
| v. | |
| HEARTHSIDE RESIDENTIAL CORP., A Delaware Corporation, | |
| Defendant. | |

WHEREAS, plaintiff State of California Department of Toxic Substances Control ("Plaintiff") filed this action under Sections 107 and 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607 and 9613(g)(2), on October 13, 2006; and

1

1 WHEREAS, Plaintiff and Defendant Hearthside Residential Corp.
2 ("Defendant") have agreed to entry of this Stipulated Final Judgment and Order for
3 Cost Recovery ("Order") without trial or adjudication of any issue of law or fact.

**STIPULATION**

THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

1. This is a civil action by the Plaintiff for recovery of response costs and declaratory relief, pursuant to Sections 107 and 113(g)(2) of CERCLA, 42 U.S.C. §§ 9607 and 9613(g)(2), as amended.

2. This Court has jurisdiction over the subject matter of, and the parties to, this action pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a), 9613(b), and 28 U.S.C. §§ 1331 and 1345.

3. Venue in the Central District of California, United States District Court is proper.

4. Plaintiff and Defendant stipulate that the Court may enter final judgment in the amount of one million one hundred fifty-two thousand eight hundred ninety-five dollars ($1,152,895), representing the costs incurred by Plaintiff in performing response actions at the Fieldstone Property Site, which had been owned by Defendant, and the adjacent Residential Site, as defined in the [Proposed] Final Pretrial Conference Order (filed on September 9, 2008). Plaintiff alleged that the Residential Site was contaminated by hazardous substances released from the Fieldstone Property Site.

5. This Order constitutes the final adjudication of all claims of Plaintiff in connection with the matters alleged in the Complaint. This Order does not settle and resolve any matters not alleged in the Complaint. Other than enforcement proceedings brought in connection with this Order, Plaintiff will not seek any

further relief from Defendant arising out of the facts as alleged in the Complaint filed in this action.

6. Defendant agrees to waive all rights to seek judicial review or otherwise challenge or contest the validity of this Order.

Dated: November 5, 2010

_____
DON ROBINSON

Supervising Deputy Attorney General

*Attorney for Plaintiff
State of California Department of
Toxics Substances Control*

Dated: November 5, 2010

_____
MARC FORSYTHE

*Attorney for Defendant
Hearthside Residential Corp.*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Final Judgment in the amount of one million one hundred fifty-two thousand eight hundred ninety-five dollars ($1,152,895) is hereby entered in favor of Plaintiff and against Defendant; and

2. Each party to this Order shall bear its own costs and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED,**

This 8 day of Nov, 2010

/s/ Valerie Baker Fairbank

Hon. Valerie Baker Fairbank
United States District Judge

50775109.doc